United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-15482-mdc
Kori J. Womack                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Mar 08, 2018
                              Form ID: pdf900          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db           +Kori J. Womack,   2129 Stenton Avenue,   Philadelphia, PA 19138-2509
13966642     +Debt Recovery Solution,   Attention: Bankruptcy,   6800 Jericho Turnpike    Ste 113e,
               Syosset, NY 11791-4401
13966644     +Fed Loan Servicing,   Po Box 60610,   Harrisburg, PA 17106-0610
13966646     +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14007910      U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
               Harrisburg, PA 17106-9184
13966649     +US Bank National Association,   211 North Front Street,   P.O. Box 15057,
               Harrisburg, PA 17105-5057
13966650     +Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Mar 09 2018 01:33:23    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2018 01:32:59
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 09 2018 01:33:16    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: blegal@phfa.org Mar 09 2018 01:33:06    Pennsylvania Housing Finance Agency,
               211 N. Front Street,   Harrisburg, PA  17101,   U.S.A. 17101-1406
13966641     +E-mail/Text: EBNProcessing@afni.com Mar 09 2018 01:33:09     Afni,   Po Box 3427,
               Bloomington, IL 61702-3427
14016066      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2018 01:38:26
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
               Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
14043770      E-mail/Text: bankruptcy@phila.gov Mar 09 2018 01:33:24    City of Philadelphia,
               Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13966643     +E-mail/Text: bknotice@ercbpo.com Mar 09 2018 01:33:07     ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13966647     +E-mail/Text: blegal@phfa.org Mar 09 2018 01:33:06    Pa Housing Finance Age,   Po Box 8029,
               Harrisburg, PA 17105-8029
14031846     +E-mail/Text: blegal@phfa.org Mar 09 2018 01:33:06    U.S. Bank National Association,
               c/o Pennsylvania Housing Finance Agency,   211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14032938       Rebecca A. Solarz, Esquire,   Pa Housing,   KML Law Group, P.C.,
                701 Market Street, Suite 5000 Philadelph
13966645*     +Fed Loan Servicing,   Po Box 60610,   Harrisburg, PA 17106-0610
13966648     ##philadelphia parking authority,   2467 grant avenue,   Philadelphia, PA 19114-1004
                                                                                TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Mar 08, 2018
                              Form ID: pdf900          Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Kori J. Womack dmo160west@gmail.com,  davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KORI J WOMACK                                   Chapter 13

                    Debtor          Bankruptcy No. 17-15482-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___8th___ day of ___March___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
KORI J WOMACK

2129 STENTON AVENUE

PHILADELPHIA, PA 19138